UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDIA SUSTAITA, et al.,<br><br>Plaintiffs<br><br>v.<br><br>ANTONY J. BLINKEN, et al.,<br><br>Defendant | Case No.: 2:23-cv-00625-APG-DJA<br><br>**Order** |

In light of the parties' joint status report (ECF No. 22),

I ORDER that the stay in this case is lifted. The defendants shall file an answer or otherwise respond to the complaint by March 6, 2025.

DATED this 6th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE