1   Maria E. Quiroga
    Nevada State Bar Number: 13939
2   7935 W. Sahara Ave. Suite #103
    Las Vegas, NV 89117
3   (702) 441-0854
    Maria@QuirogaLawOffice.com
4   *Attorney for Plaintiffs*

5

6               **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**

7

8   CLAUDIA SUSTAITA and CARLOS
    CATANO BLANCAS,                CASE NO. 2:23-cv-00625-APG-DJA

9
                Plaintiffs,

10

11       v.                 **JOINT STIPULATION FOR**
                      **DISMISSAL OF CASE WITHOUT**
    ANTONY J. BLINKEN, PHILIP     **PREJUDICE**

12   SLATTERY, and RICHARD C. VISEK,

13              Defendants.    NOTED WITHOUT ORAL
                      ARGUMENT

14

15

16

17        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Claudia

18  Sustaita and Carlos Catano Blancas, by and through their attorney, and the attorney for the

19  Defendants, respectfully submit this Joint Stipulation for Dismissal of Case without Prejudice.

20        At this time Defendants have adjudicated and approved what was requested in Plaintiffs'

21  Complaint. The parties therefore agree that this Complaint is now moot and move to dismiss the

22  case without prejudice. The parties further agree that upon dismissal each party is to bear its own

23  fees costs for litigation on this case.

24

1    Respectfully submitted on this 12th day of February 2025.

2

3

4    s/*Maria Quiroga*                          s/Richard T. Colonna
     Maria E. Quiroga                           Richard T. Colonna
     Nevada State Bar Number: 13939             Assistant United States Attorney
5    *Attorney for Plaintiffs*                    *Attorney for the United States*

6

7

8                                               IT IS SO ORDERED:

9                                               _____

10                                              ANDREW P. GORDON
                                                CHIEF U.S. DISTRICT JUDGE
11                                              DATE:    February 18, 2025

12

13

14

15

16

17

18

19

20

21

22

23

24